## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Craig Allen Shawver,** ) | Case No. 14-12850 NLJ |
| ) | |
| **Lisa Germaine Shawver,** ) | Chapter 13 |
| ) | |
| **Debtors.** ) | |

## WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN

COMES NOW the Oklahoma Tax Commission, ("OTC") and withdraws its objection to chapter 13 plan filed on July 30, 2014 for the following reason.

1. Debtor has provided further information.

WHEREFORE, the OTC withdraws its objection filed on July 30, 2014.

Respectfully submitted,

**OKLAHOMA TAX COMMISSION**

/s/ Sean R. McFarland
Sean R. McFarland, OBA #13729
Assistant General Counsel
120 N. Robinson, Suite 2000W
Oklahoma City, OK  73102-7471
Tel. (405)319-8550
Fax (405) 602-0165
smcfarland@tax.ok.gov

## **CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION**

      I, Sean R. McFarland, hereby certify that on August 12, 2014, a true and correct copy of the above Withdrawal of Objection to Chapter 13 Plan was electronically served using the CM/ECF system to John Hardeman, Chapter 13 Trustee, James E. Palinkas, attorney for the Debtor(s) and the Office of the United States Trustee.

      Further, I certify that on August 12, 2014 a true and correct copy of the Withdrawal of Objection to Chapter 13 Plan was mailed via U.S. Mail, first class, postage prepaid and properly addressed to the following at the address shown:

Craig Allen Shawver
Lisa Germaine Shawver
P.O. Box 1297
McLoud, OK 74851

                                            /s/Sean R. McFarland
                                            Sean R. McFarland